RE: Case No. 17-0969                    DATE: 11/30/2017
COA #: 12-16-00007-CV                    TC#: 2014C-0638
STYLE: HEALEY v. HEALEY

    A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

**FILED**

11/30/2017

**Twelfth Court of Appeals**
**Pam Estes**
**Clerk**

MS. PAM  ESTES
TWELFTH COURT OF APPEALS
1517 W. FRONT ST., STE. 354
TYLER, TX  75702
* DELIVERED VIA E-MAIL *